JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA/NY    **Category No.** III    **Investigating Agency** HHS-OIG, VA-OIG, USPIS, DOL, IRS

**City** _____

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number   19-mj-6439-MPK, cont'd in Add'l Info.

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☐ No

**Defendant Information:**

Defendant Name   Kenneth Fishberger     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address:   East Setauket, NY

Birth date (Yr only): 1949   SSN (last 4#): 2251   Sex: M   Race White   Nationality: USA

**Defense Counsel if known:** Zachary Hafer    Address: Cooley LLP, 500 Boylston Street, 14th Floor

Bar Number: 569389      Boston, Massachusetts 02116

**U.S. Attorney Information**

AUSA:   Howard Locker, Mackenzie Queenin    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony I

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/23/2024     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kenneth Fishberger

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to commit healthcare fraud | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | I |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search warrants (continued): 21-MJ-743 (EDNY); seizure warrants in D. Mass: 20-MJ-6534-MPK, 20-MJ-6535-MPK, 20-MJ-6536-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013